**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:06 CR 85 PS |
| | ) | |
| ARTHUR SIMS | ) | |

## OPINION AND ORDER

This matter is before the Court on Attorney Clark W. Holesinger's Motion to Withdraw [DE86]. Attorney Holesinger's Motion details the collapse of the attorney-client relationship. It also explains that, aside from impeding communication with Mr. Holesinger, Mr. Sims has accused Mr. Holesinger of ethical violations and has informed Mr. Holesinger that he intends to pursue legal action against him. Therefore, Mr. Holesinger's Motion to Withdraw [DE86] is hereby **GRANTED**.

The Magistrate Judge is requested to appoint new counsel to Defendant Arthur Sims from the CJA panel.

This matter is currently set for sentencing on November 30, 2007. That sentencing date is hereby **VACATED**, and reset for **March 6, 2008 at 1:00 P.M.**

Similarly, this Court has previously granted Mr. Sims until November 30, 2007 to file a motion for a new trial. That date is also hereby **EXTENDED**, and Mr. Sims' motion for a new trial must be filed by the close of business on **February 6, 2008**.

**SO ORDERED.**
ENTERED: November 20, 2007

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT